UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK J. VANDENBURGH,<br><br>        Plaintiff,<br><br>     v.<br><br>SOLANO COUNTY, SOLANO COUNTY SHERIFF'S DEPARTMENT,<br><br>        Defendants. | NO. CV-08-863-EFS<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS** |

Before the Court is *pro se* state prisoner Plaintiff Mark J. Vandenburgh's Application to Proceed In Forma Pauperis (Ct. Rec. 2), filed April 23, 2008. Plaintiff asserts that he is unable to pay the full $350.00 filing fee or provide the necessary security.

After review, **IT IS HEREBY ORDERED**:

1. Plaintiff's Application to Proceed In Forma Pauperis **(Ct. Rec. 2)** is **GRANTED**. Despite being granted in forma pauperis status, Plaintiff is still obligated to pay the entire $350.00 filing fee. 28 U.S.C. § 1915(b)(1).

2. The Court assesses an initial partial filing fee of **$13.70**. This amount represents twenty (20) percent of the greater of (A) the average

ORDER * 1

monthly deposits to the prisoner's account ($68.50); or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of his complaint ($35.19). *See id.*

3. The Director of the California Department of Corrections or his designee (hereinafter collectively referred to as "Director") shall collect and forward the $13.70 initial partial filing fee to the Clerk of the Court.

4. The Director shall also collect payments from Plaintiff's prison trust account in an amount equal to twenty (20) percent of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the account amount exceeds $10.00 until the $350.00 filing fee is paid in full. *See* 28 U.S.C. § 1915(b)(2). The payments shall clearly identify the prisoner's name and cause number assigned to this action.

5. The Clerk of the Court is directed to serve a copy of this Order and a copy of Plaintiff's Application to Proceed In Forma Pauperis on the Director at the following address: 1515 S Street, Sacramento, California 95814.

6. The Clerk of the Court is directed to serve a copy of this Order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

7. Plaintiff's custodian should notify the Court in the event Plaintiff is released from incarceration.

\\
\\
\\

ORDER * 2

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and forward a copy to Plaintiff.
3     **DATED** this  30th    day of December 2008.
4
5                                                      s/Edward F. Shea
                                                     EDWARD F. SHEA
6                                             United States District Judge

Q:\Civil\Other Cts\CA-ED\ED.CA.863.IFP.Approve.wpd

ORDER * 3